AO 10
Rev. 1/2007

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2006

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| RUSSELL, JR.,, DAN M | SO DISTRICT OF MISSISSIPPI | 04/24/2007 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| SENIOR U. S. DISTRICT JUDGE | ☐ Nomination, Date<br>☐ Initial  ☒ Annual  ☐ Final<br><br>5b. ☐ Amended Report | 01/01/2006<br>to<br>12/31/2006 |

| 7. Chambers or Office Address | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations. |
|---|---|
| 2012 15TH ST., SUITE 614<br>GULFPORT, MS 39501 | Reviewing Officer_____ Date_____ |

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of instructions.)*

[X]  NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of instructions.)*

[X]  NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

RECEIVED 2007 MAY -7 A 10: 16 FINANCIAL DISCLOSURE OFFICE

| Name of Person Reporting | Date of Report |
|---|---|
| RUSSELL, JR.,, DAN M | 04/24/2007 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 2006 | Public Employees Retirement System(MS) | $ 877 |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☒ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## IV. REIMBURSEMENTS – *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)*

☒ NONE *(No reportable reimbursements.)*

| SOURCE | DESCRIPTION |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## V. GIFTS. *(Includes those to spouse and dependent children. See pp. 28-31 of instructions.)*

[X] NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children. See pp. 32-33 of instructions.)*

[X] NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| RUSSELL, JR.,, DAN M | 04/24/2007 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets)  Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Nuveen Investment Quality Municipal Bonds | B | Dividend | K | T | | | | | |
| 2. Checking Account-Hancock Bank, Gulfport, Ms | A | Interest | J | T | | | | | |
| 3. Checking Account-Bancorp South, Gulfport,Ms | A | Interest | K | T | | | | | |
| 4. Money Mkt Account-Bancorp South, Gulfport, Ms | D | Interest | M | T | | | | | |
| 5. Adams Co. MS Bonds | B | Interest | K | T | | | | | |
| 6. Jackson Co. MS Port Impt Projs Bonds | A | Interest | J | T | | | | | |
| 7. Gulfport Miss Hosp Bonds | A | Interest | K | T | | | | | |
| 8. MS State Bldg Lease Rev CTFS Partn Ser A Bond | A | Interest | J | T | | | | | |
| 9. Gulfport Ms Water & Sewer Bonds(MBIA) | A | Interest | | | REDEEMED | 12/1 | K | B | THRU UBS FIN SER |
| 10. Gulfport-Biloxi Regl Arpt Auth Miaa Arpt Rev Bonds | A | Interest | J | T | | | | | |
| 11. First Trust Mississippi Advantage, Series 8 | A | Interest | J | T | | | | | |
| 12. Nuveen Tax Exempt Unit Trust, Series 532 | A | Interest | | | REDEEMED | 9/15 | J | A | THRU UBS-SEE PT VIII |
| 13. UIT Nuveen Tax Free 331-M | B | Interest | K | T | | | | | |
| 14. Nuveen Tax Exemp Unit Trust 520-M | A | Interest | J | T | | | | | SEE ADD'L INFO VIII |
| 15. Note-William N Rivenbark | D | Interest | L | U | | | | | Rivenbark |
| 16. Loan-Sara Lane, Saucier, Ms | | None | | | FORECLOSURI | 11/28 | K | A | NETHERCOTT-FORECLOS SAL |
| 17. STOCK-SUN SOURCE(HILLMAN | B | Dividend | K | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | T =Cash Market | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| RUSSELL, JR.,, DAN M | 04/24/2007 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| GROUP) | | | | | | | | | |
| 18. CSV LIFE INSURANCE | | None | K | W | | | | | |
| 19. NOTE-DIXON | D | Interest | M | U | | | | | DIXON |
| 20. UBS Financial Services | B | Interest | K | T | | | | | |
| 21. Peoples Financial Corp.(UBS FS) | B | Dividend | | | SELL | 7/15 | L | E | THRU UBS-SEE PT VIII |
| 22. Plains Marketing, L. P-Adams Co MS | D | Royalty-W.I. | J | W | | | | | |
| 23. Unocal Domestic OperationS-Mobile Co. AL | B | Royalty | J | W | | | | | NON-PRODUCING MINERALS |
| 24. Marshall R Young Oil Co, Hancock Co. MS | | None | J | W | | | | | NOM-PRODUCING MINERALS |
| 25. IP Petroleum Co.. Inc. Hancock Co MS | A | None | J | W | | | | | |
| 26. Bay Gas LLC Hancock Co MS | | None | J | W | | | | | NON-PRODUCING MINERALS |
| 27. Denbury Resources, Madison County, Ms | | None | J | W | | | | | NON-PRODUCING MINERALS |
| 28. Stock-Wataire Industries, Inc | | None | J | T | | | | | SE PT VIII |
| 29. STOCK-HYBRID TECHNOLOGIES, INC | | None | | | SELL | 5/4 | J | A | THRU A G EDWARDS |
| 30. STOCK-HYBRID TECHNOLOGIES, INC | | None | | | SELL | 5/4 | J | C | THRU A G EDWARDS |
| 31. Loan | | None | | | LOAN | 10/4 | K | | PETERS-REPAY LOAN |
| 32. BLACKROCK MUNI INCOME TRUST | C | Interest | K | T | | | | | |
| 33. BLACKROCK MUNI INCOME TRUST | A | Interest | M | T | BUY | 7/6 | L | | THRU USB FIN |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | | |
| | Q =Appraisal | V =Other | T =Cash Market | | |
| | U =Book Value | S =Assessment | | | |
| | | W =Estimated | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| RUSSELL, JR.,, DAN M | 04/24/2007 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| | | | | | | | | | SER |
| 34. BLACKROCK INVST QUALITY MUNI TR | C | Interest | L | T | BUY | 7/20 | L | | THRU USB FIN SER |
| 35. FALCON OIL & GAS | | None | J | T | BUY | 5/4 | J | | THRU A G EDWARDS`` |
| 36. CD-MACON BANK NC US | B | Interest | L | T | BUY | 7/19 | L | | THRU USB FIN SER |
| 37. EOTT ENERGY-FOREMOST OPER CO | A | Royalty | J | W | | | | | SE PT VIII |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | | |
| (See Column C2) | Q =Appraisal | V =Other | S =Assessment | T =Cash Market | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| RUSSELL, JR.,, DAN M | 04/24/2007 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

LINE 12: THE ASSETS LISTED ON LINE 14 AND 30 OF LAST YEAR'S REPORT IS COMBINED INTO ONE LISTING ON LINE 12 OF THIS YEAR'S REPORT.

LINE 14: THE ASSETS LISTED ON LINES 17 AND 31 OF LAST YEAR'S REPORT IS COMBINED INTO ONE LISTING ON LINE 14 OF THIS YEAR'S REPORT.

LINE 21: THE ASSETS LISTED ON LINES 27 AND 28 OF LAST YEAR'S REPORT HAS BEEN COMBINED INTO ONE LISTING ON LINE 21 OF THIS YEAR'S REPORT.

LINE 28: THE ASSETS LISTED ON LINES 39, 42, 47, 48 AND 49 OF LAST YEAR'S REPORT HAS BEEN COMBINED INTO ONE LISTING ON LINE 28 OF THIS YEAR'S REPORT.

LINE 37: THE ASSET LISTED ON LINE 37 WAS NOT LISTED ON LAST YEAR'S REPORT IN ERROR. THE INCOME REPORTING AND GROSS VALUE CODES FOR THE PRIOR YEAR ARE THE SAME AS CODES REPORTED IN THIS YEAR'S REPORT.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature _____ Date _4-30-07_

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544